IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELTA PRE-PACK COMPANY,

    Plaintiff,　　　　　　　　　　CIV. NO. S- 09-1620 WBS GGH

  vs.

STEVEN ALBERT GITMED,
dba Stevie Produce,

    Defendant.　　　　　　　　　　ORDER
_____/

    Plaintiff's motion for default judgment presently is calendared for hearing on September 10, 2009.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

    Accordingly, IT IS ORDERED that:

    1. September 10, 2009 hearing on the motion for default judgment, filed August 4, 2009, is vacated; and

    2. The motion is submitted on the record.

DATED: September 4, 2009　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE

GGH:076:DeltaPre-Pack1620.vac.wpd

1