IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELTA PRE-PACK COMPANY,

    Plaintiff,                                 CIV-S-09-1620 WBS GGH

    vs.

STEVEN ALBERT GITMED,
dba Stevie Produce,

    Defendant.                                 <u>ORDER</u>

_____/

        On September 28, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

1           Accordingly, IT IS ORDERED that:

2           1.  The Findings and Recommendations filed September 28, 2009, are
ADOPTED;

            2. Plaintiff's August 4, 2009 motion for default judgment is granted on the terms
set forth below;

            3.  Plaintiff is awarded damages in the amount of $11,800.00;

            4.  Plaintiff is awarded interest at the rate of 10% per annum on the amount of
$11,800.00 in the sum of $555.56 for the period from February 9, 2009 through July 31, 2009,
and at the rate of $3.23 per day from August 1, 2009 until judgment;

            5.  Plaintiff is awarded costs of suit in the amount of $395.00.

DATED:  November 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE